Keely E. Duke
ISB #6044; ked@dukescanlan.com
Aubrey D. Lyon
ISB #8380; adl@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendant Dow Roofing Systems, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VELTEX BUILDING CONDOMINIUMS OWNERS' ASSOCIATION, INC.<br><br>                Plaintiff,<br>vs.<br><br>DOW ROOFING SYSTEMS, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 1:17-CV-500<br><br>**NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) OF DEFENDANT DOW ROOFING SYSTEMS LLC** |

TO THE CLERK OF THE COURT:

Defendant Dow Roofing Systems LLC submits this Notice of Removal of *Veltex Building Condominiums Owners' Association, Inc. v. Dow Roofing Systems LLC*, filed in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, Case No. CV-17-15955 on the grounds that diversity of citizenship exists between Plaintiff and Defendant, and the amount in controversy exceeds $75,000.

**NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) OF DEFENDANT DOW ROOFING SYSTEMS LLC- 1**

1.Ada County, Idaho is located within the District of Idaho.  Thus, venue is proper pursuant to 28 U.S.C. § 92 because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

2.On August 25, 2017, Plaintiff filed its Complaint ("Complaint") in state court. (*See* Complaint, attached as **Exhibit A** to the Declaration of Keely E. Duke In Support of Notice of Removal and Removal Action Under 28 U.S.C. § 1441(B) (Diversity) by Defendant Dow Roofing Systems, LLC ("Duke Decl.").)  On November 6, 2017, Defendant Dow was served with a Summons and a copy of the Complaint.  (*Id.*, **Exhibit B**).  The state court repository register of actions reflects that, other than the Complaint and Summons, the only other "process, pleadings, and orders" served in the action was a motion for out-of-state service, declaration in support of the motion for out-of-state service, order granting the motion, and notice of appearance which are submitted herewith.  (*Id.*, **Exhibits D-G**.)

3.Plaintiff's Complaint alleges causes of action against Defendant Dow for breach of express warranty, breach of warranty for fitness for a particular purpose, breach of the implied covenant of good faith and fair dealing, and violations of the Idaho Consumer Protection Act regarding alleged leaks in the roof of a building.  (Duke Decl., Exh. A.)

4.With respect to the amount in controversy, Plaintiff contends it is entitled to recover in the range of at least $125,000 exclusive of interest and costs.  (Duke Decl. ¶ 9.) Accordingly, the amount in dispute is in excess of the jurisdictional diversity requirement of $75,000.

5.With respect to diversity of citizenship, Plaintiff Veltex Building Condominiums Owners' Association, Inc. is alleged to be an Idaho corporation.   (Duke Decl., Exh. A, ¶ 1.)

Defendant Dow is alleged to be a Delaware limited liability company and is headquartered in Michigan. (Duke Decl. ¶ 6.) Thus, as alleged by Plaintiff, complete diversity exists.

6. Removal is timely under 28 U.S.C. §1446(b) as it is filed within thirty (30) days after receipt of the Complaint on November 6, 2017. (Duke Decl., Exh. B.).

7. Copies of the entire state court record and the state court docket have been provided with this Notice of Removal. (Duke Decl., Exh. A-G.)

8. Concurrent with the filing of this Notice of Removal, written notice of the filing of this Notice is being delivered to Plaintiff's counsel and is being filed with the Clerk of Court of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, a copy of which is attached hereto (without attachment) as **Exhibit A**.

9. By removing this action to this Court, Defendant Dow does not waive any defenses, objections or motions available to it under state or federal law. Defendant Dow expressly reserves the right to move for dismissal of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure and to enforce the mandatory arbitration provision of the warranty at issue.

DATED this 6th day of December, 2017.

                    DUKE SCANLAN & HALL, PLLC

                    By /s/  Keely E. Duke
                      Keely E. Duke – Of the Firm
                      Aubrey D. Lyon – Of the Firm
                      *Attorneys for Defendant Dow Roofing Systems LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2017, I electronically filed the foregoing with the U.S. District Court. Notice will automatically be electronically mailed or served via email to the following individuals who are registered with the U.S. District Court CM/ECF System:

Kim Trout ktrout@trout-law.com
Trout Law, PLLC
3778 N. Plantation River Dr., Suite 101
Boise, ID 83703
Telephone (208) 577-5755
*Attorneys for Plaintiff*

/s/ Keely E. Duke
Keely E. Duke
Aubrey D. Lyon

**NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) OF DEFENDANT DOW ROOFING SYSTEMS LLC- 4**